## CERTIFICATION AND AUTHORIZATION

I, RJ Merritt, on behalf of Laborers Local #235 Pension Fund ("Local 235"), hereby certify, as to the claims asserted under the federal securities laws, that:

1.   I have reviewed a complaint prepared against Rentokil Initial plc ("Rentokil") alleging violations of the federal securities laws and authorized its filing. I am authorized in my capacity as Trustee of Local 235 to initiate litigation and to execute this Certification on behalf of Local 235.

2.   Local 235 did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3.   Local 235 is willing to serve as a representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4.   Local 235's transactions in Rentokil American Depositary Shares during the Class Period are set forth in the attached Schedule A.

5.   Local 235 has sought to serve and was appointed as lead plaintiff and/or representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification: *None*.

6.   Local 235 has sought to serve as a lead plaintiff or representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for lead plaintiff appointment, was not appointed lead plaintiff, or the lead plaintiff decision is still pending: *None*.

7.   Local 235 will not accept any payment for serving as a representative party on behalf of the Class beyond Local 235's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __26th__ day of November, 2024.

*Laborers Local #235 Pension Fund*

RJ Merritt, Trustee



**SCHEDULE A**
**Laborers Local #235 Pension Fund**
**Transactions in Rentokil Initial plc**

| American Depositary Share Purchases | | |
|---|---|---|
| Date | Shares | Price |
| 02/29/24 | 1,660 | $28.2618 |
| 03/01/24 | 560 | $28.2313 |
| 03/08/24 | 1,219 | $31.9962 |
| 04/05/24 | 398 | $29.2511 |

| American Depositary Share Sales | | |
|---|---|---|
| Date | Shares | Price |