IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

LABORERS LOCAL #235 PENSION FUND,

     Plaintiff,

v.                                                                            No. 24-2932

RETOKIL INITIAL PLC,
et al.

     Defendants.

ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

Before the Court is a motion for Marco A. Duenas of Saxena White P.A. to appear on behalf of Plaintiff filed on December 4, 2024. (ECF No. 7). After considering the motion and attached documents, the Court finds that it meets all the requirements of LR 83.4(d). The motion is thus GRANTED. Marco A. Duenas is admitted pro hac vice to appear on Plaintiff's behalf in the above-captioned matter.

IT IS SO ORDERED, this 5th day of December, 2024.

/s/Mark S. Norris_____
MARK S. NORRIS
UNITED STATES DISTRICT COURT JUDGE