UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |
|---|---|
| LABORERS LOCAL #235 PENSION FUND, on behalf of itself and all others similarly situated,<br><br>              Plaintiff,<br><br>    vs.<br><br>RENTOKIL INITIAL PLC, ANDREW M. RANSOM, STUART M. INGALL-TOMBS, and BRADLEY S. PAULSEN,<br><br>           Defendants. | Case No.: 2:24-cv-2932-MSN-tmp<br><br>Hon. Mark S. Norris<br><br><u>CLASS ACTION</u><br><br>**ORAL ARGUMENT REQUESTED** |

**MOTION BY THE CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEM FOR APPOINTMENT AS LEAD PLAINTIFF <u>AND APPROVAL OF SELECTION OF COUNSEL</u>**

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that proposed Lead Plaintiff the City of Birmingham Retirement and Relief System ("Birmingham") hereby moves this Court pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), for an Order: (1) appointing Birmingham as Lead Plaintiff; (2) approving its selection of Saxena White P.A. ("Saxena White") to serve as Lead Counsel for the Class and Stranch, Jennings & Garvey, PLLC ("SJ&G") to serve as Local Counsel for the Class; and (3) granting any such other and further relief as the Court may deem just and proper.  In support of this Motion, Birmingham submits the accompanying Memorandum of Law and the Declaration of J. Gerard Stranch IV and the exhibits attached thereto, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.  A [Proposed] Order is attached hereto.

WHEREFORE, Birmingham respectfully requests that the Court: (1) appoint it as Lead Plaintiff for the Class pursuant to the PSLRA; (2) approve its selection of Saxena White to serve as Lead Counsel for the Class and for SJ&G to serve as Local Counsel for the Class; and (3) grant such other and further relief as the Court may deem just and proper.

Dated: January 27, 2025                                    Respectfully submitted,

                                                                        **STRANCH, JENNINGS & GARVEY PLLC**

                                                                        By: */s/ J. Gerard Stranch IV*

                                                                        J. Gerard Stranch IV
                                                                        The Freedom Center
                                                                        223 Rosa L. Parks Avenue
                                                                        Suite 200
                                                                        Nashville, TN 37203
                                                                        Tel.: (615) 254-8801
                                                                        gstranch@stranchlaw.com

1

*Local Counsel for Proposed Lead Plaintiff City of Birmingham Retirement and Relief System, and Proposed Local Counsel for the Class*

**SAXENA WHITE P.A.**

Marco A. Dueñas (*pro hac vice* forthcoming)
10 Bank Street, Suite 882
White Plains, NY 10606
Tel.: (914) 437-8551
Fax: (888) 216-2220
mduenas@saxenawhite.com

*Counsel for Proposed Lead Plaintiff City of Birmingham Retirement and Relief System, and Proposed Lead Counsel for the Class*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 27, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered users.

/s/ J. Gerard Stranch IV
J. Gerard Stranch IV

3