UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| LABORERS LOCAL #235 PENSION FUND, on behalf of itself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> RENTOKIL INITIAL PLC, ANDREW M. RANSOM, STUART M. INGALL-TOMBS, and BRADLEY S. PAULSEN, <br><br> Defendants. | Case No.: 2:24-cv-2932-MSN-tmp <br><br> Hon. Mark S. Norris <br><br> CLASS ACTION <br><br> **ORAL ARGUMENT REQUESTED** |

**DECLARATION OF J. GERARD STRANCH IV IN SUPPORT OF THE
MOTION OF THE CITY OF BIRMINGHAM RETIREMENT AND RELIEF
SYSTEM FOR APPOINTMENT AS LEAD PLAINTIFF AND
APPROVAL OF SELECTION OF COUNSEL**

I, J. Gerard Stranch IV, declare as follows:

1.    I am a member in good standing of the Bar of the State of Tennessee, and admitted to practice before this Court.  I am a Founder and Managing Member of the law firm of Stranch, Jennings & Garvey PLLC ("SJ&G"), proposed Local Counsel for the Class in the above-captioned action.  I submit this declaration in support of the Motion of the City of Birmingham Retirement and Relief System ("Birmingham") for Appointment as Lead Plaintiff and Approval of Selection of Counsel.  I have personal knowledge of the matters stated therein and, if called upon, I could and would competently testify thereto.

2.    Attached hereto are true and correct copies of the following exhibits:

EXHIBIT A:    Birmingham's sworn certification, pursuant to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(2);

EXHIBIT B:    A chart reflecting Birmingham's transactions and estimated losses;

EXHIBIT C:    Notice of pendency of class action published on *GlobeNewswire* on November 26, 2024;

EXHIBIT D:    Firm resume of Saxena White P.A.; and

EXHIBIT E:    Firm resume of SJ&G.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.  Executed this 27th day of January, 2025.

*/s/ J. Gerard Stranch IV*
J. Gerard Stranch IV

1

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on January 27, 2025, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel or parties of record.

*/s/ J. Gerard Stranch IV*
J. Gerard Stranch IV
