# EXHIBIT A

## CERTIFICATION AND AUTHORIZATION

I, Jay P. Turner, on behalf of the City of Birmingham Retirement and Relief System ("Birmingham"), hereby certify, as to the claims asserted under the federal securities laws, that:

1.   I have reviewed a complaint filed against Rentokil Initial plc ("Rentokil") alleging violations of the federal securities laws.  I am authorized in my capacity as General Counsel to Birmingham to initiate litigation and to execute this Certification on behalf of Birmingham.  I have authorized Saxena White P.A. to file a motion for lead plaintiff appointment in this action or any related actions on behalf of Birmingham.

2.   Birmingham did not purchase the securities that are the subject of this action at the direction of counsel, or in order to participate in any action arising under the federal securities laws.

3.   Birmingham is willing to serve as a representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4.   Birmingham's transactions in Rentokil American Depositary Shares during the Class Period are set forth in the attached Schedule A.

5.   Birmingham has sought to serve and was appointed as lead plaintiff and/or representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

     *City of Miami Gen. Emps.' & Sanitation Emps.' Ret. Trust v. Globe Life Inc.*, No. 4:24-cv-0376 (E.D. Tex.);
     *In re Integra LifeSciences Holdings Corp. Sec. Litig.*, No. 3:23-cv-20321 (D.N.J.);
     *In re Virtu Fin., Inc. Sec. Litig.*, No. 1:23-cv-3770 (E.D.N.Y.);
     *San Antonio Fire & Police Pension Fund v. Dentsply Sirona Inc.*, No. 1:22-cv-6339 (S.D.N.Y.); and
     *Parot v. Clarivate plc*, No. 1:22-cv-0394 (E.D.N.Y.) (named plaintiff).

6.   Birmingham has sought to serve as a lead plaintiff or representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for lead plaintiff appointment, was not appointed lead plaintiff, or the lead plaintiff decision is still pending:

     *In re Barclays PLC Sec. Litig.*, No. 1:22-cv-8172 (S.D.N.Y.);
     *West Palm Beach Firefighters' Pension Fund v. Hasbro, Inc.*, No. 1:24-cv-8633 (S.D.N.Y.); and
     *City of Hollywood Firefighters' Pension Fund v. ASML Holding N.V.*, No. 1:24-cv-8664 (S.D.N.Y.).

7.      Birmingham will not accept any payment for serving as a representative party on behalf of the Class beyond Birmingham's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _____ day of January, 2025.

*City of Birmingham Retirement and Relief System*

*Jay P. Turner, JD*
Jay P. Turner, JD (Jan 22, 2025 13:52 CST)

Jay P. Turner, General Counsel

2

| SCHEDULE A |
|:---:|
| **City of Birmingham Retirement and Relief System** |
| **Transactions in Rentokil Initial plc** |

| American Depositary Shares Purchases | | |
|---|---|---|
| **Date** | **Shares** | **Price** |
| 03/01/24 | 21,817 | $28.2313 |
| 03/08/24 | 7,458 | $31.9873 |
| 03/08/24 | 7,655 | $31.9962 |
| 04/05/24 | 9,578 | $29.2511 |

| American Depositary Shares Sales | | |
|---|---|---|
| **Date** | **Shares** | **Price** |
| | | |

3