EXHIBIT B

**Rentokil Initial plc**

**City of Birmingham Retirement and Relief System**

Class Period: 12/01/23 to 09/10/24

Lookback Price: $25.1644 (09/11/24 - 12/09/24)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | 0 | | | | | | | |
| | | | | | | | 0 | | $0.00 |
| | | | | | Applied to Pre-Class Holdings: | | 0 | | $0.00 |
| | | | | | Sale* | 09/11/24 | 9,397 | $25.1415 | $236,254.68 |
| | | | | | Sale* | 09/17/24 | 6,266 | $25.3664 | $158,945.86 |
| | | | | | Sale* | 09/18/24 | 3,889 | $24.9982 | $97,218.00 |
| | | | | | Sale* | 09/19/24 | 5,806 | $24.8500 | $144,279.10 |
| | | | | | Sale* | 10/07/24 | 2,010 | $24.7668 | $49,781.35 |
| | | | | | Sale* | 10/08/24 | 3,349 | $24.7060 | $82,740.39 |
| Purchase | 03/01/24 | 21,817 | $28.2313 | $615,922.27 | Sale* | 10/09/24 | 5,359 | $24.6500 | $132,099.35 |
| Purchase | 03/08/24 | 7,458 | $31.9873 | $238,561.28 | Sale* | 10/10/24 | 10,432 | $24.5964 | $256,589.27 |
| Purchase | 03/08/24 | 7,655 | $31.9962 | $244,930.91 | | | | | |
| Purchase | 04/05/24 | 9,578 | $29.2511 | $280,167.04 | Retained | | 0 | $25.1644 | $0.00 |
| | | **46,508** | | **$1,379,581.50** | | | **46,508** | | **$1,157,908.00** |

**LIFO Gain/(Loss) for City of Birmingham Retirement and Relief System**    **($221,673.50)**

*\* Post Class Period sale; uses the higher of actual sale price vs. average price from end of Class Period through sale date.*