**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| LABORERS LOCAL #235 PENSION FUND, on behalf of itself and all others similarly situated, | ) ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) ) | No. 2:24-cv-02932-SHL-tmp |
| | ) | |
| RENKOTIL INITIAL PLC, ANDREW M. RANSOM, STUART M. INGALL-TOMBS, and BRADLEY S. PAULSEN, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING JOINT MOTION REGARDING SERVICE AND CASE SCHEDULE**

Before the Court is Plaintiff Laborers Local #235 Pension Fund, and Defendants Renkotil Initial PLC, Andre M. Ransom, Stuart M. Ingall-Tombs, and Bradley S. Paulsen's Joint Motion Regarding Service and Case Schedule, filed February 12, 2025. (ECF No. 16.)

The Motion seeks an order finding the following:

(1) Defendants shall be deemed to have accepted service through their counsel without waiving or forfeiting any rights or defenses, including the right to contest venue and personal jurisdiction; (2) Defendants need not respond to the Complaint pending entry of a scheduling order; and (3) the Parties shall meet and confer regarding a proposed schedule for further proceedings in this matter and file their proposal within fourteen (14) days of the Court's appointment of lead plaintiff, lead counsel, and local counsel.

(Id. at PageID 174–75.)

On February 14, 2025, the Court entered an Order Granting the City of Birmingham Retirement and Relief System's ("Birmingham") Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel. (ECF No. 18.) That Order named Birmingham the Lead Plaintiff in this putative class action, and approved of its selection of Saxena White P.A. as Lead

Counsel for the class and Stranch, Jennings & Garvey, PLLC as Local Counsel for the class. (See id.)

In light of the entry of that Order, and for good cause shown, this Motion is **GRANTED**. The Parties shall meet and confer regarding a proposed schedule and, by February 28, 2025, provide the Court with their proposed schedule at the undersigned's ECF email address, ECF_Judge_Lipman@tnwd.uscourts.gov.  The Court will hold a scheduling conference in this matter at 1:30 p.m. on March 7, 2025, via Microsoft Teams Video.  The Court will establish the case deadlines at the conference, including the deadline for Defendants to answer or otherwise respond to the complaint.  In the meantime, Defendants shall not have to respond to the complaint, and will be deemed to have accepted service through their counsel without waiving or forfeiting any rights or defenses, including the right to contest venue and personal jurisdiction.

**IT IS SO ORDERED,** this 14th day of February, 2025.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE