**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| LABORERS LOCAL #235 PENSION FUND, on behalf of itself and all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 2:24-cv-02932-SHL-tmp |
| RENTOKIL INITIAL PLC, ANDREW M. RANSOM, STUART M. INGALL-TOMBS, and BRADLEY S. PAULSEN, | ) ) ) ) | |
| Defendants. | ) | |

**ORDER GRANTING MOTION REGARDING PAGE LIMITS FOR MOTION TO DISMISS BRIEFING**

Before the Court is Defendants Rentokil Initial plc, Andrew M. Ransom, Stuart M. Ingall-Tombs, and Bradley S. Paulsen's Unopposed Motion Regarding Page Limits for Motion to Dismiss Briefing, filed May 15, 2025. (ECF No. 36.) In the Motion, Defendants seek to extend the page limit for the memorandum of law in support of their forthcoming motion to dismiss, from the twenty pages allowed under Local Rule 7.2(e), to thirty pages. (Id. at PageID 322.)

In support of their need for additional pages, Defendants point to Plaintiffs' 92-page complaint that involves allegations concerning events spanning more than three years, as well as the special pleading standards applicable to cases brought under federal securities laws, like this one. Defendants assert that an additional ten pages "will be of greater assistance to the Court given the scope of the allegations and the nature of the claims." (Id. at PageID 323.) Counsel for Lead Plaintiff did not take a position on the Motion, but requested a commensurate page extension if the Motion is granted. (Id.) Defendants indicate they might also later request to

exceed Rule 7.2(e)'s five-page limit for their reply memorandum, but indicated they will first assess the response and tailor their request accordingly.  (Id.)

For good cause shown, the Motion is **GRANTED**.  Defendant shall have up to thirty pages for its memorandum in support of its motion to dismiss.  Plaintiffs shall have thirty pages for their response to the motion to dismiss.  To the extent Defendants need additional pages for their reply, they can so move at the appropriate time.  The Parties are reminded that, although the Court is allowing additional pages, thirty pages is the maximum, not the minimum.  As the Court has said before, it, like Hamlet's Queen Gertrude, welcomes "more matter with less art."  William Shakespeare, Hamlet, act 2, sc. 2.

**IT IS SO ORDERED,** this 16th day of May, 2025.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

2