**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | |
|---|---|
| LABORERS LOCAL #235 PENSION FUND, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RENTOKIL INITIAL PLC, ANDREW M. RANSOM, STUART M. INGALL-TOMBS, and BRADLEY S. PAULSEN,<br><br>Defendants. | Case No. 2:24-cv-2932-SHL-tmp |

**DECLARATION OF LISSA M. PERCOPO IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**

I, Lissa M. Percopo, declare as follows:

1. I am an attorney licensed to practice in the District of Columbia and the State of New York, and I am admitted to practice before this Court *pro hac vice* in the above-captioned matter (the "Action"). I am a partner with the law firm of Gibson, Dunn & Crutcher, LLP, attorneys for Defendants Rentokil Initial plc ("Rentokil"), Andrew M. Ransom, Stuart M. Ingall-Tombs, and Bradley S. Paulsen. I respectfully submit this Declaration in support of Defendants' Motion to Dismiss Amended Class Action Complaint for Violations of the Federal Securities Laws ("Motion"), filed concurrently herewith. I have personal knowledge of the facts stated in this Declaration and, if called upon, could and would testify competently thereto.

1

2.      Attached to the Motion as **Exhibit 1** is a true and correct copy of Rentokil's Report of Foreign Private Issuer on Form 6-K filed with the Securities and Exchange Commission ("SEC") on March 16, 2023.

3.      Attached to the Motion as **Exhibit 2** is a true and correct copy of Rentokil's Report of Foreign Private Issuer on Form 6-K filed with the SEC on July 27, 2023.

4.      Attached to the Motion as **Exhibit 3** is a true and correct copy of Rentokil's Report of Foreign Private Issuer on Form 6-K filed with the SEC on October 19, 2023.

5.      Attached to the Motion as **Exhibit 4** is a true and correct copy of Rentokil's Report of Foreign Private Issuer on Form 6-K filed with the SEC on March 7, 2024.

6.      Attached to the Motion as **Exhibit 5** is a true and correct copy of Rentokil's Report of Foreign Private Issuer on Form 6-K filed with the SEC on April 18, 2024.

7.      Attached to the Motion as **Exhibit 6** is a true and correct copy of Rentokil's Report of Foreign Private Issuer on Form 6-K filed with the SEC on July 25, 2024.

8.      Attached to the Motion as **Exhibit 7** is a true and correct copy of Rentokil's Report of Foreign Private Issuer on Form 6-K filed with the SEC on September 11, 2024.

9.      Attached to the Motion as **Exhibit 8** is a true and correct copy of Rentokil's Report of Foreign Private Issuer on Form 6-K filed with the SEC on October 17, 2024.

10.     Attached to the Motion as **Exhibit 9** is a true and correct copy of Rentokil's Report of Foreign Private Issuer on Form 6-K filed with the SEC on March 6, 2025.

11.     Attached to the Motion as **Exhibit 10** is a true and correct copy of a transcript of Rentokil's 2022 Preliminary Results Q&A call held on March 16, 2023.

12.     Attached to the Motion as **Exhibit 11** is a true and correct copy of a transcript of Rentokil's 2023 Preliminary Results call held on March 7, 2024.

2

13.     Attached to the Motion as **Exhibit 12** is a true and correct copy of excerpts of a slide deck provided with Rentokil's earnings call held on March 7, 2024.

14.     Attached to the Motion as **Exhibit 13** is a true and correct copy of a transcript of Rentokil's Q1 Results call held on April 18, 2024.

15.     Attached to the Motion as **Exhibit 14** is a true and correct copy of a slide deck provided with Rentokil's earnings call held on April 18, 2024.

16.     Attached to the Motion as **Exhibit 15** is a true and correct copy of a transcript of Rentokil's 2024 Interim Results call held on July 25, 2024.

17.     Attached to the Motion as **Exhibit 16** is a true and correct copy of excerpts of a slide deck provided with Rentokil's earnings call held on July 25, 2024.

18.     Attached to the Motion as **Exhibit 17** is a true and correct copy of a transcript of Rentokil's conference call held on September 11, 2024.

19.     Attached to the Motion as **Exhibit 18** is a true and correct copy of a transcript of Rentokil's 2024 Full Year Results call held on March 6, 2025.

20.     Attached to the Motion as **Exhibit 19** is a true and correct copy of excerpts of Rentokil's Annual Report on Form 20-F for the year ended December 31, 2022, filed with the SEC on April 4, 2023.

21.     Attached to the Motion as **Exhibit 20** is a true and correct copy of excerpts of Rentokil's Annual Report on Form 20-F for the year ended December 31, 2023, filed with the SEC on March 27, 2024.

I declare pursuant to 28 U.S.C. § 1746 and under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

3

Executed on this 23rd day of May, 2025, in Washington, D.C.

*/s/ Lissa M. Percopo*  
Lissa M. Percopo

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 23, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered users.

/s/ Lissa M. Percopo
Lissa M. Percopo