**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| LABORERS LOCAL #235 PENSION FUND, on behalf of itself and all others similarly situated, | ) ) ) ) | |
|     Plaintiff, | ) ) | |
| v. | ) ) | No. 2:24-cv-02932-SHL-tmp |
| RENTOKIL INITIAL PLC, ANDREW M. RANSOM, STUART M. INGALL-TOMBS, and BRADLEY S. PAULSEN, | ) ) ) ) | |
|     Defendants. | ) ) | |

**ORDER GRANTING DEFENDANT'S MOTION REGARDING PAGE LIMITS FOR MOTION TO DISMISS REPLY BRIEFING**

Before the Court is Defendants Rentokil Initial plc, Andrew M. Ransom, Stuart M. Ingall-Tombs, and Bradley S. Paulsen's Unopposed Motion Regarding Page Limits for Motion to Dismiss Reply Briefing, filed July 28, 2025. (ECF No. 42.) In the Motion, Defendants seek to extend the page limit for their reply memorandum in further support of their Motion to Dismiss from ten to fifteen pages.

Under the Local Rules, reply memoranda in support of a motion to dismiss "shall not exceed 10 pages without prior Court approval." LR 12.1(c). The Court previously allowed the Parties an additional ten pages, i.e., up to thirty pages, for their memoranda in support of the Motion to Dismiss and the response to that Motion. (ECF No. 37 at PageID 328.) In that Order, the Court noted that, "[t]o the extent Defendants need additional pages for their reply, they can so move at the appropriate time." (Id.)

Having now done so, the Court finds that there is good cause and **GRANTS** the motion. Defendants shall have up to fifteen pages for their reply. Defendants need not use them all.

**IT IS SO ORDERED,** this 28th day of July, 2025.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE